# EXHIBIT A

**CLARK COUNTY DISTRICT COURT**
**CASE COVER SHEET**

Case No. 21C1987-6

COPY
Original Filed

APR 16 2021

Clark Co. Dist. Court

Attorney Name: _____ Bar No.: _____

Plaintiff/Petitioner: **Nathen Barton**

Defendant/Respondent: **AT&T Inc**

Amount of Suit: $ **$55,500**

Please check one category that best describes this case for indexing purposes. Accurate case indexing saves time in docketing new cases and assists in forecasting needed judicial resources. Cause of action definitions are listed on this form. Thank you for your assistance and cooperation.

_____ Automobile Damages (AUT)          _____ Loan (LOA)                         _____ Rent (REN)
_____ Breach of Contract (BRE)           _____ NSF Check (NSF)                    _____ Replevin (REP)
_____ Damage Deposit (DD)                _____ Open Account (OPA)                 _____ Restitution (RES)
_____ Deposition Sister State (DEP)      _____ Other (OTH)                        _____ Services Rendered (SER)
_____ Foreclosure Lien (FOR)             _____ Petition for Seized Goods (PFS)    _____ Transcript (TRN)
_____ Goods and Services (GS)            __X__ Personal Injury (PIN)               _____ Wages (WAG)
_____ Lease Agreement (LA)               _____ Property Damages (PRP)             _____ Written Instrument (WR)

If you cannot determine the appropriate category, please describe the cause of action below:

**Telemarketing**

CASE INFORMATION DEFINITIONS

**Automobile Damages** – Complaint involving damage to an Automobile
**Breach of Contract** – Complaint involving monetary dispute where a contract is involved
**Damage Deposit** – Request for return of a damage deposit
**Deposition Sister State** – Request by an out of state party for judge to sign subpoena/subpoena duces tecum for party within the court's venue
**Foreclosure** – Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question
**Goods and services** – Money owed for goods and services rendered
**Lease Agreement** – Money owed on lease agreement
**Loan** – Money due on a loan
**NSF Check** – Check written with non-sufficient funds in the account

**Open Account** – Money due on a revolving account
**Other** – Used when other cause codes do not apply
**Personal Injury** – Complaint involving physical injury
**Petition for Seized Goods** – Petition for return of money or possessions seized by a police agency
**Property Damage** – Complaint involving damage to property
**Rent** – Money due for rent owing
**Replevin** – Action for recovery of personal property or monetary value
**Restitution** – Petition for restoring property or proceeds, not an unlawful detainer
**Services** – Money due for services rendered
**Transcript** – Transcript of judgment filed from another court
**Wages** – Money owed for wages earned
**Written Instrument** – Money owed based upon a written instrument such as a promissory note, contract, etc.

H:\FORMS\Civil Forms\Case Cover Sheet.doc

COPY
Original Filed

APR 16 2021
Clark Co. Dist. Court

# SUMMONS AND COMPLAINT

21C1987-6

TO THE NAMED DEFENDANTS(S):

You are being sued in

**CLARK COUNTY DISTRICT COURT**

https://clark.wa.gov/district-court

(564) 397-2424

1200 Franklin Street

Vancouver WA 98660

Case Style: **Barton v. ATT Inc.**

Enclosed is the Original Complaint, filed with the court. If you were served within the state of Washington, you must file an answer with the Clark County District Court Clerk's Office within twenty (20) days after you receive this Summons, excluding the day you receive it, if you want to deny the allegations, pursuant to Rule 4.

If you were served outside the State of Washington, you must file an answer within sixty (60) days in accordance with RCW 4.28.180 and 4.28.185.

Failure to file an Answer denying the allegations may result in a judgment against you, and action may be taken by the plaintiff or his/her attorney to satisfy the judgment.

| | | |
|---|---|---|
| 1 | | Clark County District Court |
| 2 | Nathen Barton, | ) Case  21C1987-6 |
| 3 | | ) |
| 4 | Plaintiff, | ) |
| 5 | | )         PLAINTIFF'S |
| 6 | vs. | )       ORGINAL COMPLAINT |
| 7 | | )   AND DEMAND FOR JURY TRIAL |
| 8 | ATT, Inc. | ) |
| 9 | | ) |
| 10 | Defendant | ) |

## JURISDICTION

Plaintiff Nathen Barton is a natural person and resident of Clark County, Washington. He has been registered on the National Do Not Call Registry more than 31 days prior to February 15, 2021. All the acts alleged in this complaint occurred in Clark County, Washington State, during the year 2021.

On or about 1:53PM, February 15, 2021, Plaintiff missed a phone call from (844) 564 1350. Plaintiff called back the same day and reached "DirecTV AT&T". Plaintiff stayed on the line, and after waiting two minutes and 10 seconds, reached a company representative, and asked to be taken off the company's calling list. The representative said "Sure sir, I'll go ahead and add your number in the do not call list so you won't receiving [sic] any more calls from our side".

Plaintiff believes "DirecTV AT&T" is AT&T Inc ("AT&T"), a Delaware corporation with a registered agent in Washington State.

Plaintiff went on to receive 10 more calls from AT&T, for a total of 11 call received for the purposes of solicitation. Each call was placed using an automated dialing and announcing device and speaking with an artificial or recorded voice. Each call was for the purpose of soliciting services from AT&T. The calls received were:

1. (844) 564 1350, received on February 15, at or about 1:53PM
2. (855) 479 0427, received on February 22, at or about 10:19AM
3. (833) 308 2053, received on March 2, at or about 4:27PM
4. (888) 496 1104, received on March 11, at or about 9:07PM
5. (844) 288 3291, received on March 12, at or about 7:17AM
6. (855) 729 2893, received on March 17, at or about 10:05AM
7. (888) 504 0675, received on March 23, at or about 12:53PM

1    8      (844) 566 8454, received on March 24, at or about 12:53PM

2    9      (877) 372 0875, received on March 26, at or about 10:11AM

3    10     (877) 329 2645, received on March 31, at or about 1:59PM

4  On March 17, at 11:19AM, Plaintiff called back (855) 729 2893, reached an AT&T customer service
5  representative, and asked "Can you put us on your do not call list?" The man replied "Alright sir, no
6  problem, I really do apologize for this inconvenience, and if you do not want any more calls from AT&T
7  DirecTV I will put you on the do not call list".

8  On March 25, at 11:06PM, Plaintiff called back (855) 486 6192, reached an AT&T customer service
9  representative, and asked "Can you put us on your do not call list?" The man replied "sure" and hung
10 up.

11 Plaintiff asked AT&T three times to be put on their do not call list. Plaintiff does not have any
12 relationship with AT&T by which they could legally solicit Plaintiff for any reason.

13 Defendants violated Washington State and Federal law by using an automated telephone dialing and
14 announcing device to engage in telephone solicitation of Plaintiff. Defendants violated Washington
15 State law by placing a solicitation call to him before 8AM.

16 Plaintiff prays for all possible damages, in law and in equity, statutory, real, and punitive, that he might
17 entitled too. These damages include but are not limited to court costs and attorney fees.

18 Plaintiff asks for treble damages under federal law and the Washington State Unfair Business Practices
19 Act.

20 I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true
21 and correct.

22
23 Signed at Vancouver, WA on  4/16/2021  .
24
25
26  _____   Nathen Barton
27 Signature
28
29

Barton vs. AT&T Inc.   2

1. Nathen Barton
2. (718) 710-5784
3. 4618 NW 11th Cir
4. Vancouver WA 98607
5. 
6. Defendant:
7. AT&T Inc.
8. One AT&T Way
9. Bedminster, NJ 07921
10. Registered Agent Name:
11. C T Corporation System
12. 711 Capitol Way S Ste 204
13. Olympia WA 98501
14. 
15.